IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JAMES HOWELL HAYNES, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | 1:18CV484 |
| v. | ) | **1:98CR155-1** |
| | ) | 1:98CR156-1 |
| UNITED STATES OF AMERICA, | ) | 1:98CR157-1 |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on December 13, 2019 was served on the parties in this action. (ECF Nos. 93, 94.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss (Case No. 1:98cr155-1, ECF No. 51; Case No. 1:98cr156-1, ECF No. 85; Case No. 1:98cr157-1, ECF No. 88), is GRANTED and that Petitioner's motion to vacate, set aside or correct sentence (Case No. 1:98cr155-1, ECF No. 40; Case No. 1:98cr156-1, ECF No. 75; Case No. 1:98cr157-1, ECF No. 78), is DISMISSED.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 8th day of January 2020.

/s/ Loretta C. Biggs
United States District Judge